# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GOLDA HARRIS, | : | |
| Plaintiff, | : | Civ. No. 18-3752 (PGS) (TJB) |
| v. | : | |
| NEW JERSEY PAROLE BOARD, et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Plaintiff is a former state prisoner who is proceeding *pro se* in this action. She was previously incarcerated at the Edna Mahan Correctional Facility in Clinton, New Jersey. This Court granted plaintiff's application to proceed *in forma pauperis*. (*See* ECF 2). Subsequently, this Court screened the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). The complaint was dismissed with prejudice in part and without prejudice in part. (*See* ECF 4 & 5). Thereafter, plaintiff filed a motion to amend her complaint and a motion for reconsideration of this Court's dismissal of her original complaint. (*See* ECF 6). Considering that filing, this matter was then reopened.

On November 7, 2019, this Court issued an order to show cause on plaintiff as to why this matter should not be administratively terminated when it was discovered that plaintiff has not complied with Local Civil Rule 10.1(a) which requires her to notify the Clerk of a change of address within seven days. She was given fourteen days in which to respond to the order to show cause. Having failed to respond, this Court will now administratively terminate this matter and the outstanding motion to amend considering plaintiff's failure to update her address of record with the Clerk.

Accordingly, IT IS this 4 day of December, 2019, ~~November~~

ORDERED that the Clerk shall administratively terminate this action as well as terminate plaintiff's outstanding motion to amend (ECF 6) for plaintiff's failure to update her address of record; and it is further

ORDERED that plaintiff may move to reopen this action by providing an updated correct address of record to the Clerk; and it is further

ORDERED that the Clerk shall serve this Order on plaintiff by regular U.S. mail to her address of record.

_____
PETER G. SHERIDAN
United States District Judge